UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Aria Ariel Shani** | |
| Plaintiff, | Case No. 2:25-cv-02323 |
| v. | |
| **Donald J. TRUMP,** et al | **Voluntary Dismissal** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, by and through undersigned counsel, hereby gives notice of voluntary dismissal of this case without prejudice. Defendants have not yet served an answer or moved for summary judgment. Under Rule 41(a)(1)(B), such dismissal is without prejudice.

Respectfully submitted,

By:
*/s/ Peter Kapitonov*
New Jersey 028922012
Musa-Obregon Law, P.C.
199 Main Street, Suite 608
White Plains, NY 10601
PH: (914) 380-1436
P.Kapitonov@Musa-Obregon.com

Dated: May 02, 2025

SO ORDERED

  s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date:   5/5/2025